IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 34 |
| ALIPIO RODRIGUEZ, | : |
| Defendant. | : |

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 25, 2005, in the District of Delaware, Alipio Rodriguez, the defendant, an alien and subject of the Dominican Republic, who had been arrested and deported from the United States on June 5, 2002, subsequent to a conviction for commission of a felony, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 14, 2005