AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ALIPIO RODRIGUEZ

**WARRANT FOR ARREST**

Case Number: CR 05-34-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ALIPIO RODRIGUEZ _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court  Violation  Probation Violation Petition

charging him or her    (brief description of offense)


RE-RENTRY AFTER DEPORTATION


in violation of _____ 8 _____ United States Code, Section(s) _____ 1326(a) _____

Peter T. Dalleo
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

By: _[signature]_ Deputy Clerk
Signature of Issuing Officer

4/14/ 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 4/14/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/14/05 | [signature] U/S | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN    _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____