# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. **CR 05-34-GMS** |
| v. § | |
| § | |
| **ALIPIO RODRIGUEZ** | |
| Defendant. | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF HOWARD K. YOUNG CORRECTIONAL CENTER, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ALIPIO RODRIGUEZ** who is now detained and imprisoned in the **HOWARD K. YOUNG CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **ALIPIO RODRIGUEZ** was charged with a RE-ENTRY AFTER DEPORTATION in violation of  of 8 U.S.C. SECTION 1326 for an **INITIAL APPEARANCE ON JUNE 16, 2005 AT 1:00 PM** , and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the custody of the Warden of Howard R. Young Correctional Center.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate  Judge of the District Court of the United States for the District of Delaware, this 9TH day of JUNE 2005.

PETER T. DALLEO, CLERK

By: _Evette Watson_
Deputy Clerk