### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-34-GMS |
| | : | |
| ALIPIO RODRIGUEZ, a/k/a | : | |
| LIVIA RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Beth Moskow-Schnoll, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. The defendant, who has been indicted for a violation of 8 U.S.C. § 1326, re-entry after deportation, is scheduled for a detention hearing before this Court on June 23, 2005, at 1:00 p.m.

2. The defendant is currently being held pending trial on State drug charges at the Howard K. Young Correctional Center (Gander Hill) in Wilmington, and, therefore, must be writted out before this Court can conduct the detention hearing.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard K. Young Correctional Center (Gander Hill) and to the United States Marshal for the District of Delaware to deliver

Alipio Rodriguez, a/k/a Livia Rodriguez, to the office of the United States Marshal on June 23, 2005, at 1:00 p.m., with the defendant being returned to State custody at the close of the hearing.

                                  COLM CONNOLLY
                                  United States Attorney


                          BY:       /s/
                                Beth Moskow-Schnoll
                                Assistant United States Attorney

Dated: June 16, 2005

IT IS SO ORDERED this ___ day of June, 2005.

                                _____
                                Honorable Mary Pat Thynge
                                United States Magistrate Judge