IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>      v.<br><br>**ALIPIO RODRIGUEZ**<br>      Defendant. | §<br>§<br>§ CRIMINAL ACTION NO. **CR 05-34-GMS**<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF HOWARD K. YOUNG CORRECTIONAL CENTER, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ALIPIO RODRIGUEZ** who is now detained and imprisoned in the **HOWARD K. YOUNG CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **ALIPIO RODRIGUEZ** was charged with a RE-ENTRY AFTER DEPORTATION in violation of of 8 U.S.C. SECTION 1326 for a **DETENTION HEARING AND ARRAIGNMENT ON JUNE 23, 2005 AT 1:00 PM** , and at the termination of each of said proceedings to be returned, at the expense of the United States Government, to the custody of the Warden of Howard R. Young Correctional Center.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 20TH day of JUNE 2005.

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk