IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

                               :

      v.                  : Criminal No. 05-cr-34 GMS

                               :

 ALIPIO RODRIGUEZ           :

                               :

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-named defendant is scheduled for **Thursday, September 22, 2005, at 2:00 p.m., in chambers,** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 King Street, Wilmington, DE.


                              /s/ Gregory M. Sleet_____
                              UNITED STATES DISTRICT JUDGE

Date: September 9, 2005