

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  *(302) 573-6277*
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 22, 2005

The Honorable Gregory M. Sleet
United States District Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

      Re:    **United States v. Alipio Rodriguez**
               **Criminal Action No. 05-34-GMS**

Dear Judge Sleet:

     Christopher Tease, counsel for the defendant, has informed the Government that his client will enter a guilty plea. Therefore, the parties respectfully ask the Court to schedule a change of plea hearing. A copy of the proposed Memorandum of Plea Agreement is enclosed for the Court's review.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                               BY:      /s/
                                           Beth Moskow-Schnoll
                                         Assistant United States Attorney

cc:     Christopher Tease, Esq.
         Clerk, U.S. District Court