**UNITED STATES DISTRICT COURT**
**FOR THE District of Delaware**
**U. S. District Court – District of Delaware**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                            Case No.: 1:05–cr–00034–GMS
                                               Honorable Gregory M. Sleet

Alipio Rodriguez

                                  Defendant.

TYPE OF CASE:               Criminal

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

       NOTICE OF HEARING as to Alipio Rodriguez: Change of Plea Hearing set for 11/3/2005 at 02:00 PM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18

Wilmington, DE
19801

October 26, 2005

                                                         s/ Peter T. Dalleo, Clerk
                                                s/ McDavid, Marie mmm, Deputy Clerk