## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

ALIPIO RODRIGUEZ,

   Defendant.

Criminal Action No. 05-34-GMS

**REDACTED**

### SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 25, 2005, in the District of Delaware, Alipio Rodriguez, the defendant, an alien and subject of the Dominican Republic, who had been arrested and deported from the United States on June 5, 2002, subsequent to a conviction for commission of an aggravated felony, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 1, 2005



FILED

NOV 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE