IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-34 GMS |
| | : |
| ALIPIO RODRIGUEZ | |
| | : |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the sentencing regarding the above-named defendant is rescheduled to **Wednesday, March 8, 2006, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

February 17, 2006