IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-34-GMS |
| ALIPIO RODRIGUEZ, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss the Indictment, returned by the Federal Grand Jury on April 14, 2005, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: March 8, 2006

**IT IS SO ORDERED** this ___8th___ day of ___March___, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court Judge

FILED
MAR 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE